IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRENTON ESPINOZA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) NO. CIV-25-1149-HE |
| OFFICER C. GULICKSON, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

On November 6, 2025, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation [Doc. #8], recommending plaintiff's complaint, in its entirety, be dismissed without prejudice. He advised that adoption of the recommended ruling would moot the pending motions, [Doc. #2, Doc. #5, and Doc. #6].

In addition, Magistrate Judge Stephens specifically advised plaintiff of the right to object to the Report and Recommendation as well as the consequences for failure to timely object. Any objection was due by December 1, 2025. On December 5, 2025, at the court's direction, an enter order [Doc. #10] was issued directing the clerk of the court to mail the Report and Recommendation to plaintiff at his updated address[1] and extending the deadline for plaintiff to file any objections to the Report and Recommendation to December 29, 2025.

---

[1] Plaintiff had filed a notice of change of address on November 17, 2025. See [Doc. #9].

To date, plaintiff has not filed any objection. Plaintiff therefore has waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #8]. Plaintiff's complaint, in its entirety, is **DISMISSED WITHOUT PREJUDICE**. In light of the court's ruling, the pending motions [Doc. #2, Doc. #5, and Doc. #6] are **STRICKEN** as **MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 8th day of January, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE